KATHERINE L. DE ZEMLER, Respondent, v. CHARLES DE ZEMLER, Appellant. — In an action for divorce or, in the alternative, for a separation, order dated February 9, 1945, granting reargument of a motion for temporary alimony and counsel fees and, on the reargument, adhering to the original determination, which fixed the amount of such alimony and counsel fees, modified on the law and the facts by striking from the second ordering paragraph the words " and for the support, education and maintenance of Louise Josephine De Zemler, the infant issue of the parties hereto "; by striking from the third ordering paragraph the words " the said " before the name " Louise Josephine De Zemler," and by striking from the same paragraph the words " and for the support, education and maintenance of " Louise Josephine De Zemler "; and by striking out the entire fifth ordering paragraph. As thus modified, the order is affirmed, without costs. The matter ordered to be struck out is unnecessary. Provision for the support of the infant is the subject of agreement between the parties. Appeal from order dated January 30, 1945, dismissed, without costs. Order dated February 28, 1945, granting plaintiff additional counsel fees affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur. [See *post*, p. 776.]

ANGELO T. GIGANTE, Respondent, v. GENSER TRUCKING Co., INC., Appellant.— Order dated January 30, 1945, granting reargument and on reargument adhering to the original decision, which denied defendant's motion to place the action on the Military Suspense Calendar, modified on the law and the facts by adjourning the trial of the action until October, 1945, to enable defendant to procure a statement from its chauffeur, to be offered in evidence pursuant to respondent's stipulation. As thus modified the order is affirmed, without costs. No opinion. Appeal from order dated January 16, 1945, dismissed, without costs. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

LOUISE GRADL, as Administratrix of the Estate of ANTON GRADL, Deceased, Appellant, v. GEORGE SAULPAUGH et al., Respondents; LOUIS SENFT, Defendant, and ELSA NENNINGER, as Limited Administratrix of the Estate of FRED H. NENNINGER, Deceased, Appellant.— Cross actions to recover damages for injuries to property, personal injuries and deaths, resulting from a collision of two vehicles on the highway. Judgment entered on the verdict of a jury, and order denying motions to set aside the verdict, insofar as appealed from, unanimously affirmed, with costs to defendants-respondents payable by plaintiff-appellant and defendant-appellant. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

HELEN NEIKRUG, Appellant, v. HARRY NEIKRUG, Respondent.— Order, upon reargument, granting motion by defendant to amend a final decree of divorce to the extent of awarding custody of the child of the parties to the defendant for the months of July and August, and making certain provisions in connection therewith, affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.